618

No. 867. C. E. STEVENS CO. ET AL. *v.* FOSTER & KLEISER CO. ET AL. May 6, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. H. B. Jones* and *Wheeler Grey* for petitioners. *Messrs. Herbert W. Clark* and *Stephens V. Carey* for respondents.

Nos. 888 and 889. WEST ET AL. *v.* AMERICAN TELEPHONE & TELEGRAPH CO. May 6, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Orlin F. Goudy* and *H. L. Deibel* for petitioners. *Mr. William B. Cockley* for respondent.

No. 901. WRIGHT *v.* UNION CENTRAL LIFE INSURANCE CO. ET AL. May 20, 1940. Motion for leave to proceed *in forma pauperis,* and petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, granted. *Messrs. Samuel E. Cook* and *William Lemke* for petitioner. *Messrs. Arthur S. Lytton* and *Virgil D. Parish* for respondents.

No. 417. NEW WORLD LIFE INSURANCE CO. *v.* UNITED STATES. See *post,* p. 654.

No. 707. REPUBLIC STEEL CORP. *v.* NATIONAL LABOR RELATIONS BOARD. See *post,* p. 655.

No. 892. WISCONSIN ET AL. *v.* J. C. PENNEY CO. May 20, 1940. Petition for writ of certiorari to the Supreme Court of Wisconsin granted. *Mr. Harold H. Persons* for